IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| HARPER CONSTRUCTION COMPANY, INC., ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | No. 24-1532C (Judge Holte) |

## JOINT STATUS REPORT

The parties respectfully provide this joint status report regarding the Government's plans regarding the task order solicitation at issue in this case (N6247324RF013).

The Naval Facilities Engineering Systems Command (NAVFAC) intends to amend the solicitation to remove the requirement to enter into a project labor agreement and to re-open the solicitation to allow all interested Group 0117 C&I V Multiple-Award Construction Contract holders to submit proposals (including contractors that have not yet submitted proposals). NAVFAC intends to issue the amendment by February 14, 2025.

Plaintiff, Harper Construction Company, Inc., intends to voluntarily dismiss this suit after the amendment is issued.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/ Dirk D. Haire | BRETT A. SHUMATE |
| Dirk D. Haire | Acting Assistant Attorney General |
| Joseph L. Cohen |  |
| Payum Sean Milani-nia | PATRICIA M. McCARTHY |
| David Timm | Director |
| Jane Jung Hyoun Han |  |
| Michael J. Brewer |  |
| FOX ROTHSCHILD LLP | s/ Douglas K. Mickle |
| 2020 K Street, N.W., Suite 500 | DOUGLAS K. MICKLE |
| Washington, D.C. 20006 | Assistant Director |
| Phone: (202) 461-3114 |  |
| Fax: (202) 461-3102 |  |
| dhaire@foxrothschild.com | s/ William P. Rayel |
|  | WILLIAM P. RAYEL |
| Attorneys for Harper Construction Company, Inc. | Senior Trial Counsel |
|  | Commercial Litigation Branch |
|  | Civil Division |
| February 11, 2025 | Department of Justice |
|  | Box 480, Ben Franklin Station |
|  | Washington, DC  20044 |
|  | Telephone: (202) 616-0302 |
|  | Facsimile: (202) 307-0972 |
|  | Email: William.Rayel@usdoj.gov |
|  |  |
|  | Attorneys for Defendant |
|  |  |
|  | February 11, 2025 |